Case 5:06-cr-00035-DF-CMC     Document 1     Filed 10/03/2006     Page 1 of 8



U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT - 3 2006

DAVID J. MALAND, CLERK

BY_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 5:06CR___35** H-06-761M |
| | § | SS 10-24-06 |
| **RAY WASHINGTON,** | § | |
| **✓EDWARD JOLIVET,** | § | **unSEALED** |
| **WILLIE THOMAS, and** | § | |
| **JERMAL LEDAY** | § | |

<u>INDICTMENT</u>

**THE UNITED STATES GRAND JURY CHARGES:**

<u>Count 1</u>

Violation: Title 18, United States Code, Sections
371, 2312, and 2314  (Conspiracy to Transport
Stolen Vehicles and Goods in Interstate Commerce)

<u>THE CONSPIRACY</u>

1. From on or about December 25, 2002, and continuing through the date of this indictment, in the Eastern District of Texas and elsewhere, the defendants, RAY WASHINGTON, EDWARD JOLIVET, WILLIE THOMAS, and JERMAL LEDAY, together and with others known and unknown to the Grand Jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States, to wit: the unlawful transportation in interstate commerce from the States of Arkansas, Mississippi and Oklahoma, to the State of Texas, stolen goods, wares and merchandise, that is, box trucks, tractor trailer trucks, wheels, and tires, of the value of $5,000 or more, knowing the same to have been stolen, in violation of Title 18, United States Code, Sections 2312 and 2314.

-1-

MANNER AND MEANS

2. It was a part of the conspiracy that the Defendants traveled from Houston, Texas, to the Eastern District of Texas, the States of Arkansas, Mississippi, Oklahoma, and other states in order to steal box trucks, tractor trailer trucks, and tires and wheels from dealerships and tire stores in those states.

3. It was further part of the conspiracy that the Defendants possessed and used tools to cut fences and force entry to buildings in order to facilitate the theft of box trucks, tractor trailer trucks, tires and wheels.

4. It was further part of the conspiracy that the Defendants stole, leased or rented vehicles from commercial leasing agencies, and elsewhere, to use in transporting the tools of the theft as well as the stolen property taken during the thefts.

5. It was further part of the conspiracy that the Defendants leased or rented storage facilities in order to store stolen property prior to selling the stolen property.

OVERT ACTS

6. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Texas and elsewhere:

a. On or about December 25, 2002, Defendant RAY WASHINGTON, and another unknown and unindicted co-conspirator cut the fence at a Penske Truck Dealership in Houston, Texas.

b. On or about December 25, 2002, Defendant RAY WASHINGTON and the other unknown and unindicted co-conspirator removed the tires and wheels from two tractor-trailers located at the Penske Truck Dealership.

c. On or about December 25, 2002, Defendant RAY WASHINGTON and the other

-2-

unknown and unindicted co-conspirator loaded the wheels and tires from the two tractor-trailers on a Ford F-350 pickup and trailer RAY WASHINGTON was operating.

d. On or about October 11, 2003, Defendant RAY WASHINGTON and another unindicted co-conspirator entered the premises of an International Truck Dealership in Houston, Texas, after hours and without permission.

e. On or about March 29, 2004, Defendant RAY WASHINGTON and the other unindicted co-conspirator removed ten tractor-trailer wheels and tires, valued at $6,027.81, from a tractor-trailer truck at Fleet Pride, Corpus Christi, Texas, without permission or authority to do so.

f. On or about March 29, 2004, Defendant RAY WASHINGTON and the other unindicted co-conspirator removed sixteen tractor-trailer tires, valued at $5,301.60, from a storage facility at Coastal Transport Truck Firm, Corpus Christi, Texas, without permission or authority to do so.

g. On or about March 29, 2004, Defendant RAY WASHINGTON and other unindicted co-conspirators possessed the tools used in entering the premises and removing the wheels and tires described above at Fleet Pride and Coastal Transport Truck Firm, including but not limited to: black gloves; flashlight and headband; bolt cutters; bricks; several lug wrenches; one 20 ton hydraulic jack; and a trailer containing the wheels and tires taken from both Fleet Pride and Coastal Transport Truck Firm.

h. On or about August 15, 2004, Defendant EDWARD JOLIVET, and other unindicted co-conspirators, without permission, removed two 2004 Kenworth diesel trucks, valued at $180,000.00 from the premises at MHC Kenworth, Texarkana, Texas.

i. On or about August 15, 2004, Defendant EDWARD JOLIVET, and other unindicted co-conspirators, moved the two 2004 Kenworth diesel trucks from the premises at MHC Kenworth,

Texarkana, Texas, to GCR Tire in Texarkana, Arkansas, and removed twenty wheels and tires, valued at $16,000.00, from the tractor trailer trucks.

j. On or about August 15, 2004, Defendant EDWARD JOLIVET, and other unindicted co-conspirators, without permission, entered the premises at Ryder Truck, Texarkana, Arkansas, and removed twenty-four tires valued at $5,504.72 and a box truck valued at $25,000.00.

k. On or about August 15, 2004, Defendant EDWARD JOLIVET, and other unindicted co-conspirators, without permission, entered the premises at Trans American Tire, Texarkana, Arkansas, and removed eighteen tires valued at $4,468.00.

l. On or about September 11, 2004, Defendant RAY WASHINGTON, and other unindicted co-conspirators entered the premises, without permission, at Thomason Trucking, Broken Bow, Oklahoma, removing two 2005 Peterbuilt tractors valued at $180,000.00.

m. On or about September 11, 2004, Defendant RAY WASHINGTON and other unindicted co-conspirators entered the premises, without permission, at Thomason Trucking, Broken Bow, Oklahoma, and removed thirty-two tires valued at $12,600.00.

n. On or about September 11, 2004, Defendant RAY WASHINGTON and other unindicted co-conspirators moved the two 2005 Peterbuilt tractors from Thomason Trucking to Stewart Tire in Broken Bow, Oklahoma and removed nineteen tires and wheels, valued at $13,300.00 from the two tractor-trailers.

o. On or about September 11, 2004, Defendant RAY WASHINGTON and other unindicted co-conspirators entered the premises, removed without permission, a U-Haul truck, valued at $28,600.00, from Stewart Tire in Broken Bow, Oklahoma, and loaded the wheels and tires stolen from Thomason Trucking onto the U-Haul Truck.

-4-

p. On or about September 13, 2004, Defendant RAY WASHINGTON rented a U-Haul truck in Longview, Texas, and transferred the wheels and tires stolen from Thomason Trucking to the rented U-Haul truck for transportation to Houston, Texas.

q. On or about November 21, 2004, Defendant EDWARD JOLIVET, and other unknown co-conspirators, without permission, entered the premises at Ryder Transportation, Fort Smith, Arkansas, and removed two International Trucks, valued at $75,000.00.

r. On or about November 21, 2004, Defendant EDWARD JOLIVET, and other unknown co-conspirators, without permission, entered the premises at Trans American Tire, Fort Smith, Arkansas, and removed 100 tires valued at $40,000.00.

s. On or about January 9, 2005, Defendants RAY WASHINGTON, EDWARD JOLIVET, WILLIE THOMAS, and JERMAL LEDAY, without permission, entered the premises at Barlowworld Truck Center, Texarkana, Texas, and removed two 2005 Western Star tractor-trailer trucks valued at $170,000.00.

t. On or about January 9, 2005, Defendants RAY WASHINGTON, EDWARD JOLIVET, WILLIE THOMAS, and JERMAL LEDAY, without permission moved the two 2005 Western Star tractor-trailer trucks from Barlowworld Truck Center in Texarkana, Texas, to the Pizza Inn in Texarkana, Arkansas.

u. On or about January 9, 2005, Defendants EDWARD JOLIVET, and WILLIE THOMAS had possession of the following tools: lug wrench; two ratchet wrenches with extensions; two 20-ton hydraulic jacks; one slide hammer; bolt cutters; screwdrivers; screw jack; two feet long lengths of pipe; and three pair of leather gloves.

v. On or about June 22, 2005, Defendant RAY WASHINGTON, and an unidicted co-

-5-

conspirator removed eight tires and wheels from an undercover police vehicle in Houston Texas.

w.  On or about January 2006, Defendants RAY WASHINGTON and EDWARD JOLIVET, requested that William Bryant allow them to use a storage unit leased by William Bryant, to store tires, wheels and other property in Houston, Texas.

x.  On or about May 16, 2006, thirty tires and wheels valued at $24,000.00, a 2004 Honda Four-Wheeler valued at $5,600.00, a 2002 Honda Four-Wheeler valued at $3,800.00 and a 5' X 8' trailer valued at $900.00 were stolen from Tri-State Truck in Richland, Mississippi.

y.  On or about May 25, 2006, forty tires were stolen from West Texas Peterbuilt in Lubbock, Texas.

z.  On or about May 25, 2006, ten tires and wheels, valued at $8,500.00, and a 2006 24' International box truck, valued at $66,500.00, were stolen from Roberts Truck Center in Lubbock, Texas.

aa.  On or about May 26, 2006, EDWARD JOLIVET and an unindicted co-conspirator were observed unloading tires from the 2006 24' International box truck stolen from Roberts Truck Center in Lubbock, Texas, at a storage facility leased by William Bryant in Houston Texas.

bb.  On or about May 26, 2006, the 2004 Honda Four-Wheeler and the 5' X 8' Tex-Mex trailer stolen from Tri-State Truck in Richland, Mississippi on May 16, 2006, was recovered from a storage facility used by defendants RAY WASHINGTON and EDWARD JOLIVET.

cc.  On or about May 26, 2006, EDWARD JOLIVET and an unindicted co-conspirator possessed the following tools: one twenty ton jack; ski masks; lighted headband; heavy duty lug wrench; heavy duty socket wrenches; and a heavy duty lock punch.

dd.  On multiple occasions prior to August 2006, Defendants RAY WASHINGTON and

-6-

EDWARD JOLIVET, sold tires to William Bryant in Houston Texas.

ee.  On multiple occasions prior to August 2006, RAY WASHINGTON and EDWARD

JOLIVET contacted William Bryant by phone to arrange for the sale of stolen tractor trailer tires.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

Foreperson

_10/3/06_
Date

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

BARRY A. BRYANT
Assistant U. S. Attorney
500 N. State Line Ave., Suite 402
Texarkana, Texas 75501
(903) 794-9481
Texas Bar No. 03274250

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 5:06CR_____** |
| | § | |
| **RAY WASHINGTON,** | § | |
| **EDWARD JOLIVET,** | § | |
| **WILLIE THOMAS, and** | § | |
| **JERMAL LEDAY** | § | |

### NOTICE OF PENALTY

### COUNT 1

Violation:          18 U.S.C. § 371

Penalty:          not more than 5 years imprisonment, a fine not to exceed $250,000, or both - supervised release of not more than 1 year;

Special Assessment:  $100.00